IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MICHAEL J. HOLMES, | § |
| Plaintiff, | § § § |
| | §  NO. 5:22-CV-1307-DAE |
| vs. | § § |
| HEADWAY WORKFORCE SOLUTIONS, INC., | § § § § |
| Defendant. | § |

ORDER: (1) ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE; AND (2) DISMISSING CASE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER

Before the Court is a Report and Recommendation ("the Report") (Dkt. # 37) submitted by United States Magistrate Judge Richard Farrer. After reviewing the Report, the Court **ADOPTS** Judge Farrer's recommendation and **DISMISSES** the case for failure to prosecute and failure to comply with a court order.

In his Report, Judge Farrer recommended that the Court dismiss Plaintiff's claims in this case because he has failed to meaningfully participate after an "initial flurry of activity." (Dkt. # 37 at 2.) Judge Farrer noted that certified mail sent by the Court to Plaintiff has all been returned as undeliverable and that, although he communicated by email to opposing counsel at one point, has

refused to participate in a deposition or answer discovery requests.  (Id.) Additionally, the Court has also unsuccessfully tried to induce Plaintiff to participate in this case, including warning him that a failure to respond to a Court Order would result in dismissal of his case.  (Id. at 3.)  Plaintiff, however, did not respond, nor has Plaintiff provided the Court with an updated mailing address.  (Id.)  Objections to the Report were due within 14 days after being served with a copy.  No party timely objected to the Report, and the certified mail copy of the Report sent to Plaintiff was returned as undeliverable.  (Dkt. # 39.)

Where, as here, none of the parties objected to the Magistrate Judge's findings, the Court reviews the Report for clear error.  United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).  After careful consideration, the Court adopts the Magistrate Judge's Report.  The Court finds the Magistrate Judge's conclusion that Plaintiff's case should be dismissed for failure to prosecute and for failure to comply with a Court Order is affirmed.  Therefore, the Court determines that the Magistrate Judge's conclusions and recommendations are neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. # 37) as the opinion of the Court and **DISMISSES** Plaintiff's case for failure to prosecute and failure to comply with a Court Order.  The Clerk's Office is **INSTRUCTED TO CLOSE THE CASE**.

**IT IS SO ORDERED.**

**DATE:** San Antonio, Texas, December 7, 2023.

_____
David Alan Ezra
Senior United States District Judge