**FILED**

DEC   7 2023

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Michael J. Holmes | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  SA-22-CV-1307-DAE |
| Headway Workforce Solutions, Inc. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other:  ORDER: (1) ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE; AND (2) DISMISSING CASE FOR FAILURE TO PROSECUTE AND FAILURE TO COMPLY WITH A COURT ORDER.  The Clerk shall enter a Judgment and CLOSE this case.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge David Alan Ezra.

Date:  DEC - 7 2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*